IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| GARY MONROE NOLAN,<br>Institutional ID No. 05756975,<br><br>Plaintiff,<br><br>v.<br><br>LISA PERALTA, *et al.*,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:23-CV-115-BV<br>§<br>§<br>§<br>§<br>§ |

## JUDGMENT

In accordance with the Order of Dismissal, it is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint and all claims alleged therein are dismissed with prejudice.

Dated: December 23, 2024.

*Amy Burch*

**AMANDA 'AMY' R. BURCH**
**UNITED STATES MAGISTRATE JUDGE**